I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-8-13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOE EZEQUIEL CORTEZ,                    )   Case No.   CV 13-07061 CAS (AN)
                                        )
              Petitioner,               )   JUDGMENT
                                        )
       v.                               )
                                        )
G.D. LEWIS, WARDEN,                     )
                                        )
              Respondent.               )
                                        )

       IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for

the reasons set forth in the related Order.

Dated: October 7, 2013

_Christina A. Snyde_

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY